THE STATE OF OHIO, APPELLANT, *v.* FELDMAN, APPELLEE.

[Cite as *State v. Feldman,* 127 Ohio St.3d 1262, 2010-Ohio-6134.]

(No. 2009–1987—Submitted October 13, 2010—Decided December 20, 2010.)

_____

{¶ 1} The cause is dismissed, sua sponte, as having been improvidently accepted.

BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, and CUPP, JJ., concur.

LANZINGER, J., not participating.

_____

Charles E. Coulson, Lake County Prosecuting Attorney, and Teri R. Daniel, Assistant Prosecuting Attorney, for appellant.

Rhys Brendan Cartwright–Jones and Tanya M. Linetsky, for appellee.

Margaret Wong & Assoc. Co., L.P.A., Scott Bratton, and Margaret Wong, urging affirmance for amicus curiae, Margaret Wong & Assoc. Co., L.P.A.